IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

AMORIYANNA HACKER, by her Next Friend
and Mother, KENYA HACKER,

                    Plaintiff.

            v.                          Civil Action Number 3:05CV259-JRS

UNITED STATES OF AMERICA,

                    Defendant.

## **FINAL ORDER**

THIS MATTER comes before the Court on Defendant the United States of America's Motion to Dismiss, filed on June 14, 2005. For the reasons articulated in the accompanying Memorandum Opinion, Defendant's Motion is GRANTED. Accordingly, Plaintiff Amoriyanna Hacker's Complaint is DISMISSED WITH PREJUDICE.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

                                                  /s/ James R. Spencer
                                                  JAMES R. SPENCER
                                                  UNITED STATES DISTRICT JUDGE

AUGUST 8, 2005
DATE